UNITED STATES of America, Plaintiff–Appellee

v.

William Clayton SHEHANE, Defendant–Appellant.

No. 14–11236
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Derek D. Brown, Law Office of Derek Brown, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent William Clayton Shehane has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Shehane has filed a response, seeking appointment of counsel to assist with his *Anders* response and with the appeal. We have reviewed counsel's brief and the relevant portions of the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record reflected therein, as well as Shehane's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Shehane's request for appointment of new counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.